## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**WILLIE J. HARRIS**                                                                    **PLAINTIFF**

**V.**                                                            **NO. 4:13CV140-DMB-DAS**

**LORENZO CABE, ET AL.**                                         **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge and the objections to the Report and Recommendation, the Court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. Accordingly,

**IT IS HEREBY ORDERED:**

1. That the plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**;

2. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court;

3. That Defendants Gloria Perry, Earnest Lee, Roger Davis, Pamela Robinson, and Verlena Flagg are **DISMISSED** with prejudice from this suit;

4. That the plaintiff's claim of denial of due process is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted; and

5. That the case will proceed against the remaining defendants: Dr. Lorenzo Cabe, Angela Brown, Dr. Dennis Gregory, Deputy Commissioner Archie Longley, Warden Faye Noel, Reginald Steward, Barbara Scott, Michele Watson, Stanley Williams, Carolyn Orr, and Darlester Foster.

**SO ORDERED**, this, the 10th day of April, 2014.

                                              **/s/ Debra M. Brown**
                                              **UNITED STATES DISTRICT JUDGE**